IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Lehman III, Lloyd W | Case Number: 04 B 20519 |
|---|---|---|
| | Lehman, Donna M | Judge: Hollis, Pamela S |
| | Printed: 6/17/08 | Filed: 5/26/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: June 13, 2008
Confirmed: September 13, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 34,500.00 |  |
| Secured: |  | 7,100.28 |
| Unsecured: |  | 23,042.38 |
| Priority: |  | 43.12 |
| Administrative: |  | 2,319.00 |
| Trustee Fee: |  | 1,995.22 |
| Other Funds: |  | 0.00 |
| Totals: | 34,500.00 | 34,500.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,319.00 | 2,319.00 |
| 2. | Wells Fargo Bank | Secured | 0.00 | 0.00 |
| 3. | Illinois Title Loans | Secured | 3,615.20 | 3,615.20 |
| 4. | Cook County Treasurer | Secured | 1,701.83 | 1,701.83 |
| 5. | Wells Fargo Bank | Secured | 1,783.25 | 1,783.25 |
| 6. | Illinois Dept of Revenue | Priority | 43.12 | 43.12 |
| 7. | ECast Settlement Corp | Unsecured | 3,354.16 | 6,504.31 |
| 8. | Illinois Title Loans | Unsecured | 280.77 | 544.43 |
| 9. | Capital One | Unsecured | 136.38 | 0.00 |
| 10. | Discover Financial Services | Unsecured | 3,027.50 | 5,870.93 |
| 11. | Emergency Physicians | Unsecured | 66.00 | 127.99 |
| 12. | AT&T Wireless | Unsecured | 122.10 | 236.75 |
| 13. | RMI/MCSI | Unsecured | 103.56 | 200.81 |
| 14. | Resurgent Capital Services | Unsecured | 2,997.45 | 5,812.62 |
| 15. | US Bank Corp | Unsecured | 1,930.97 | 3,744.54 |
| 16. | Carson Pirie Scott & Co | Unsecured | | No Claim Filed |
| 17. | Citi Cards | Unsecured | | No Claim Filed |
| 18. | Citizens Bank | Unsecured | | No Claim Filed |
| 19. | Credit Protection Association | Unsecured | | No Claim Filed |
| 20. | Lou Harris | Unsecured | | No Claim Filed |
| 21. | MBNA America | Unsecured | | No Claim Filed |
| 22. | Village of Ford Heights | Unsecured | | No Claim Filed |
| 23. | Wal Mart Stores | Unsecured | | No Claim Filed |
| 24. | MBGA/JC Penney | Unsecured | | No Claim Filed |
| 25. | UNVL/CITI | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Lehman III, Lloyd W<br>Lehman, Donna M<br>Printed:  6/17/08 | Case Number:  04 B 20519<br>Judge:  Hollis, Pamela S<br>Filed:  5/26/04 |

$ 21,481.29        $ 32,504.78

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 354.64 |
| 4% | 36.68 |
| 3% | 52.04 |
| 5.5% | 217.18 |
| 5% | 111.57 |
| 4.8% | 154.48 |
| 5.4% | 1,068.63 |

$ 1,995.22

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____